UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-692-DMG (AFMx)** | Date | April 29, 2020 |
|---|---|---|---|

Title  *Terry Fabricant v. Federal Tax Relief, Inc., et al.*

---

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on April 29, 2020 [Doc. # 13], the Court hereby **DISMISSES** this action with prejudice as to Plaintiffs' individual claims, and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Order to Show Cause dated April 15, 2020 [Doc. # 12] is discharged.

IT IS SO ORDERED.